1  HOLLY E. CHEONG, ESQ.
   Nevada Bar No. 11936
2  TROUTMAN PEPPER LOCKE LLP
   350 South Grand Avenue, Ste. 3400
3  Los Angeles, CA 90071
   Tele: (213) 928-9800
4  holly.cheong@troutman.com

5  *Attorney for Defendant Ally Financial Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JON POKORSKI, | Case No.: 2:25-cv-00472-JCM-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| ALLY FINANCIAL, INC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC, | **(FIRST REQUEST)** |
| Defendant(s). | |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant ALLY FINANCIAL INC. ("Ally") and Plaintiff JON POKORSKI ("Plaintiff") (collectively with Ally, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on March 14, 2025;

2. Ally was served with the Complaint on March 18, 2025;

3. Ally's deadline to answer or respond to Plaintiff's Complaint is April 9, 2025;

4. Ally has requested, and Plaintiff has consented to, an additional thirty (30) days for Ally to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Ally to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are

needed to allow Ally to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Local Rule IA 6-1 and 7-1, Plaintiff and Ally agree that Ally shall have up to and including May 9, 2025 to file a responsive pleading to Plaintiff's Complaint;

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant ALLY FINANCIAL INC. shall have up to and including May 9, 2025 to file an Answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 2nd day of April 2025

*/s/ Holly E. Cheong*
HOLLY E CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
T: (213) 928-9800
holly.cheong@troutman.com
***Attorney for Ally Financial Inc.***

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimmaron Rd., Ste. 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: gustavo@kazlg.com
Email: mona@kazlg.com
***Attorneys for Plaintiff***

IT IS SO ORDERED:

U.S. MAGISTRATE JUDGE

DATED:   April 2, 2025

- 3 -