1  SEYFARTH SHAW LLP
   Jennifer R. Brooks
2  State Bar No. 14480
   jrbrooks@seyfarth.com
3  2323 Ross Avenue
   Suite 1660
4  Dallas, Texas 75201
   Telephone:  (469) 608-6730
5
   CLARK HILL, PLLC
6  Gia N. Marina, Nevada Bar No. 15276
   gmarina@clarkhill.com
7  1700 S. Pavilion Center Drive, Suite 500
   Las Vegas, Nevada 89135
8  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
9
   *Counsel for Defendant*
10 *Equifax Information Services LLC*

11            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEVADA
12

13 JON POKORSKI,                          Case No.: 2:25-cv-00472-JCM-EJY

14           Plaintiff,                    **STIPULATION OF EXTENSION OF
                                           TIME FOR DEFENDANT EQUIFAX
15      v.                                 INFORMATION SERVICES LLC TO
                                           FILE ANSWER**
16 ALLY FINANCIAL, INC.; EXPERIAN
   INFORMATION SOLUTIONS, INC.; TRANS      **FIRST REQUEST**
17 UNION, LLC; EQUIFAX INFORMATION
   SERVICES, LLC,
18
           Defendants.
19

20

21         Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

22 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

23 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

24 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

25 answer, move or otherwise respond to the Complaint in this action is extended from April 7, 2025

26 through and including May 7, 2025. Plaintiff and Equifax are actively engaged in settlement

27 discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.

28 This stipulation is filed in good faith and not intended to cause delay.

CLARK HILL, PLLC
Attorneys at Law
Las Vegas

316837783v.1

Dated: April 7, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*
    Jennifer R. Brooks, Bar No. 14480
    SEYFARTH SHAW LLP
    2323 Ross Avenue
    Suite 1660
    Dallas, Texas 75201
    Telephone:  (469) 608-6730
    Email: jrbrooks@seyfarth.com

    Gia N. Marina
    CLARK HILL, PLLC
    1700 S. Pavilion Center Drive
    Suite 500
    Las Vegas, NV 89135
    Telephone: (702) 697-7541
    Email: gmarina@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

Dated: April 7, 2025

Agreed & Consented to:

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce (with permission)*
    Gustavo Ponce, Nevada Bar No. 15084
    gustavo@kazlg.com
    Mona Amini, Nevada Bar No. 15381
    mona@kazlg.com
    KAZEROUNI LAW GROUP, APC
    6940 S. Cimarron Rd., Suite 210
    Las Vegas, Nevada  89113
    Telephone:  (800) 400-6808
    Facsimile:  (800) 520-5523

*Counsel for Plaintiff*
*Jon Pokorski*

IT IS SO ORDERED.

United States Magistrate Judge

DATED:  April 7, 2025

CLARK HILL, PLLC
Attorneys at Law
Las Vegas