Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JON POKORSKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00472-JCM-EJY<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint filed: March 14, 2025 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Jon Pokorski ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed his Complaint on March 14, 2025, (ECF No. 1.) and currently Experian's responsive pleading is due April 8, 2025. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until May 8, 2025, to file its responsive pleading. This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or

prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

Dated this 7th of April, 2025.

| NAYLOR & BRASTER | KAZEROUNI LAW GROUP |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W Charleston Blvd, Suite 120<br>Las Vegas, Nevada 89135<br>Telephone: (702) 420-7000<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Gustavo Ponce*<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>6940 S. Cimarron Road, Suite 210<br>Las Vegas, NV 89113<br>Telephone: (800) 400-6808<br><br>*Attorney for Plaintiff*<br>*Jon Pokorski* |

**IT IS SO ORDERED.**

Dated this 7th of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE