Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorney for Plaintiff*
*Jon Pokorski*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JON POKORSKI,<br><br>             Plaintiff,<br>vs.<br><br>ALLY FINANCIAL, INC,;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION,<br>LLC; EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>             Defendants. | Case No.: 2:25-cv-00472-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT ALLY FINANCIAL, INC.'S MOTION TO COMPEL ARIBTRATION [ECF NO. 20]**<br><br><br>**(First Request)** |

///
///
///

- 1 -
STIPULATION

Currently pending before the court is Defendant Ally Financial Inc.'s ("Defendant"), Motion to Compel Arbitration (the "Motion"). ECF No. 20. The Motion was filed on June 11, 2025, the operative deadline for a response by Plaintiff Jon Pokorski ("Plaintiff") is June 25, 2025, while Defendant's reply is due by July 2, 2025.

The Parties have met and conferred in good faith and hereby jointly stipulate and respectfully request a brief extension of the briefing schedule and hearing date related to Defendant's pending Motion.

Counsel for Plaintiff has experienced an unexpected death in his immediate family, necessitating out-of-state travel and time away from work to manage urgent family obligations. In light of these unforeseen circumstances, and to ensure adequate time to prepare the necessary briefing, the Parties stipulate to the following revised schedule:

- Plaintiff's deadline to file an opposition to Defendant's Motion shall be extended by 21 days;
- Defendant's deadline to file a reply in support of its Motion shall be extended by 14 days thereafter; and

This is the Parties' first stipulation to extend these deadlines. The requested extension is made in good faith, not for purposes of delay, and will not prejudice either party. The requested relief is narrowly tailored to accommodate unavoidable personal circumstances while preserving the Court's schedule and judicial efficiency.

Accordingly, the Parties respectfully request that the Court approve this stipulation and enter an order adopting the revised schedule outlined above.

///

///

///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's response to the Motion will be due on or before **July 16, 2027**;

(2) Defendant's reply in support of its Motion, will be due on or before **July 30, 2025**.

Dated: June 18, 2025                                    **KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce
Mona Amini
*Attorneys for Plaintiff*

Dated: June 18, 2025                                    **TROUTMAN PEPPER LOCKE LLP**

By: */s/ Holly Cheong*
Holly Cheong, Esq.
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   June 18, 2025