HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
bondsk@hallevans.com
***Counsel for Defendant Trans Union LLC***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JON POKOROSKI,<br><br>                    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No. 2:25-cv-00472-JCM-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff Jon Pokoroski ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union") by and through its counsel of record, and hereby Stipulates as follows:

1.      On March 14, 2025, Plaintiff filed his Complaint in the above referenced matter.

2.      On March 17, 2025, Plaintiff served his Complaint on Trans Union.

3.      However, there was an error where Trans Union did not get notice regarding service.  Trans Union is currently investigating where the error occurred.

4.      Nonetheless, the time for Trans Union to respond to Plaintiff's Complaint has passed as of April 7, 2025.

5.      Plaintiff's counsel e-mailed Trans Union's in-house counsel on June 18, 2025, regarding the late response.

1

6.    Plaintiff's counsel is unopposed to an extension of time to allow Trans Union to file a response to Plaintiff's Complaint.

7.    Trans Union is requesting a 14-day extension from today's date so that Trans Union has enough time to gather information and provide a meaningful response to Plaintiff's Complaint.

8.    This Stipulation is not for delay.

9.    This is Trans Union's first extension of time, and the requested extension does not prejudice the parties.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

8039673.1

10.    For the foregoing reasons, Trans Union requests that the Court issue an order extending the date by which Trans Union must answer or otherwise respond to Plaintiff's Complaint to July 3, 2025.

Dated this 19th day of June 2025.

**HALL & EVANS, LLC**

*/s/ Kurt R. Bonds*

Kurt R. Bonds, Esq. (Nevada Bar No. 6228)
HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
Email: bondsk@hallevans.com
*Counsel for Trans Union LLC*

**KAZEROUNI LAW GROUP, APC**

*/s/ Gustavo E. Ponce*

Gustavo E. Ponce (Nevada Bar No. 15084)
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
Email: gustavo@kazlg.com
*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  ___June 20, 2025_____

3