HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
bondsk@hallevans.com
*Counsel for Defendant Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JON POKORSKI,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:25-cv-00472-JCM-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

      Plaintiff Jon Pokorski ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), ("the Parties") hereby jointly move to extend all deadlines set forth in the Joint Proposed Discovery Plan and Scheduling Order filed with this Court on June 24, 2025, (ECF No. 30) by a period of sixty (60) days.

      1.    On March 14, 2025, Plaintiff filed his Complaint in this Court. (ECF No. 1).

      2.    Following an extension of the deadline, Trans Union filed its Answer to Plaintiff's Complaint on July 2, 2025. (ECF No. 32).

      3.    The Parties exchanged initial disclosures on July 2, 2025.

      4.    Good cause exists for the requested extension. The Parties are actively working to finalize a settlement but request additional time in the event settlement cannot be completed before the current dispositive motion deadline of December 3, 2025.

5.    The additional time will also allow the Parties to explore a mediation or a settlement conference should informal resolution efforts not succeed.

6.    No party will be prejudiced by this Court granting this Stipulation as the Parties jointly seek an extension of these deadlines by sixty (60) days. Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

7.    Moreover, the requested extensions are not sought for the purposes of delay.

8.    This is the Parties' first request to extend these deadlines.

9.    Accordingly, the Parties request adoption of the following deadlines:

    a.  **Discovery Plan:**

| | |
|---|---|
| Discovery Cut-off | **01/05/2026** |
| Deadline to File Dispositive Motions | **02/02/2026** |

    b.  **Pre-Trial Order:** The parties shall file a joint pretrial order no later than **03/03/2026** or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court.

WHEREFORE, Plaintiff and Trans Union respectfully request this Honorable Court (1) extend discovery in the present matter as set forth above; and (2) reissue a new Scheduling Order to reflect the requested extension as to Plaintiff and Defendant Trans Union LLC.

DATED: December 2, 2025

/s/Mona Amini
Gustavo E. Ponce
Nevada Bar #15084
Mona Amini
Nevada Bar #15381 KAZEROUNI
LAW GROUP, APC 6940 S.
Cimmaron Rd., Suite 210 Las
Vegas, Nevada 89113
gustavo@kazlg.com
mona@kazlg.com
**Counsel for Plaintiff**

/s/Kurt R. Bonds
Kurt R. Bonds
Nevada Bar #6228
HALL & EVANS, LLC
1160 N. Town Center Drive
Suite 330
Las Vegas, NV 89144
nvefile@hallevans.com
**Counsel for Trans Union LLC**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 4, 2025

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KRB/20018-36