Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorney for Plaintiff*
*Jon Pokorski*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JON POKORSKI,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ALLY FINANCIAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No.: 2:25-cv-00472-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Plaintiff JON POKORSKI ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") (together, the "Parties"), through their counsel of record, jointly stipulate to a dismissal with prejudice of all claims against only Defendant Experian Information Solutions, Inc. in the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    The Parties agree to bear their own fees and costs.

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiff's claims against Defendant Experian Information Solutions, Inc. are dismissed from this action with prejudice.

(2) Plaintiff and Experian shall bear their own fees and costs.

Dated: December 15, 2025				**KAZEROUNI LAW GROUP, APC**

						By: /s/ *Gustavo Ponce*
						Gustavo Ponce
						Mona Amini
						*Attorneys for Plaintiff*

Dated: December 16, 2025				**NAYLOR & BRASTER, PLLC**

						By: /s/ *Jennifer L. Braster*
						Jennifer L. Braster, Esq.
						*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated: December 17, 225

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 16, 2025, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*