Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorney for Plaintiff*
*Jon Pokorski*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JON POKORSKI,

               Plaintiff,

vs.

ALLY FINANCIAL, INC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION,
LLC; EQUIFAX INFORMATION
SERVICES, LLC,

               Defendants.

Case No.: 2:25-cv-00472-JCM-EJY

**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff JON POKORSKI ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") (together, the "Parties"), through their counsel of record, jointly stipulate to dismiss Equifax from the above-captioned action, with prejudice as to Plaintiff's claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties agree to bear their own fees and costs.

Therefore, the Parties respectfully request that the Court dismiss Equifax from this action with prejudice as to Plaintiff's claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

- 1 -
STIPULATION AND ORDER TO DISMISS EQUIFAX

IT IS THEREFORE STIPULATED between the Parties as follows:

(1)    Defendant Equifax Information Solutions, Inc. is dismissed from this action.

(2)    Plaintiff and Equifax shall bear their own fees and costs.

Dated: December 11, 2025                              **KAZEROUNI LAW GROUP, APC**

By: _/s/ Gustavo Ponce_
Gustavo Ponce
Mona Amini
*Attorneys for Plaintiff*

Dated: December 11, 2025                              **SEYFARTH SHAW LLP**

By: _/s/Jennifer R. Brooks_
Jennifer R. Brooks
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: __March 13, 2026_____

STIPULATION AND ORDER TO DISMISS EQUIFAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 12, 2026, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**


By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

- 3 -
STIPULATION AND ORDER TO DISMISS EQUIFAX