Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorney for Plaintiff*
*Jon Pokorski*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JON POKORSKI,<br><br>                              Plaintiff,<br><br>       vs.<br><br>ALLY FINANCIAL, INC,; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>                              Defendants. | Case No.: 2:25-cv-00472-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION, LLC** |

Plaintiff JON POKORSKI ("Plaintiff") and Defendant TRANS UNION LLC ("Trans Union") (together, the "Parties"), through their counsel of record, jointly stipulate to dismiss Trans Union from the above-captioned action, with prejudice as to Plaintiff's claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties agree to bear their own fees and costs.

Therefore, the Parties respectfully request that the Court dismiss Trans Union from  this action with prejudice as to Plaintiff's claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

- 1 -
STIPULATION AND ORDER TO DISMISS TRANS UNION

IT IS THEREFORE STIPULATED between the Parties as follows:

(1)   Defendant Trans Union is dismissed from this action.

(2)   Plaintiff and Trans Union shall bear their own fees and costs.


Dated: April 24, 2026                              **KAZEROUNI LAW GROUP, APC**

                                                   By: _/s/ Gustavo Ponce_____
                                                       Gustavo Ponce
                                                       Mona Amini
                                                       *Attorneys for Plaintiff*

Dated: April 24, 2026                              **HALL & EVANS, LLC**


                                                   By: _/s/ Kurt Bonds_____
                                                       Kurt R. Bonds
                                                       *Attorneys for Defendant Trans Union*


                                        **ORDER**

IT IS SO ORDERED.

                                        UNITED STATES DISTRICT JUDGE

                                        Dated: _April 27, 2026_____

---

- 2 -

STIPULATION AND ORDER TO DISMISS TRANS UNION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 24, 2026, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

STIPULATION AND ORDER TO DISMISS TRANS UNION