Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Jon Pokorski*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **JON POKORSKI,** | **Case No.: 2:25-cv-00472-JCM-EJY** |
| **Plaintiff,** | |
| **v.** | **STIPULATION OF DISMISSAL OF DEFENDANT ALLY FINANCIAL INC.** |
| **ALLY FINANCIAL, INC.; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,** | |
| **Defendants.** | |

///

///

///

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JON POKORSKI ("Plaintiff") and Defendant ALLY FINANCIAL INC. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 16th day of June 2026.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**TROUTMAN PEPPER LOCKE LLP**

By:  */s/ Holly E. Cheong*
Holly E. Cheong. Esq.
350 South Grand Avenue, Ste. 3400
Los Angeles, CA 90071
*Attorney for Defendant Ally Financial Inc.*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated:    June 17, 2026

- 2 -

STIPULATION OF DISMISSAL